UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLIE SUN | CIVIL ACTION |
| VERSUS | NO. 13-6292 |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "N" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objections to the Magistrate Judge's Finding's and Recommendation filed by the plaintiff on July 25, 2014 (Rec. Doc. No. 19), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day of August, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE